UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

    v.

RUBEN MORA,

           Defendant.

------------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 967**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           October 4, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                     Marshall A. Camp
                     Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                By: _____
                     Peggy Cross, Esq.
                     Attorney for Ruben Mora

10/9/07  WHEEL A