UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    -v-                          :     INFORMATION

RUBEN MORA,                      :
             Defendant.         :     07 CRIM 967

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### COUNT ONE

The United States Attorney charges:

1. On or about June 7, 2007, in the Southern District of New York and elsewhere, RUBEN MORA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RUBEN MORA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. On or about June 7, 2007, in the Bronx, New York, RUBEN MORA, the defendant, possessed approximately 2 kilograms of cocaine.

  (Title 21, United States Code, Section 846.)

## COUNT TWO

  4. On or about June 7, 2007, in the Southern District of New York and elsewhere, RUBEN MORA, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

  (Title 21, United States Code, Sections 812, 841(a)(1) and
   841(b)(1)(B); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

  5. As a result of committing one or more of the foregoing controlled substance offenses alleged in Counts One and Two of this Information, RUBEN MORA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, that constitutes or is derived, directly or indirectly, as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Information.

  6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (i)   cannot be located upon the exercise of due diligence;

    (ii)  has been transferred or sold to, or deposited with, a third party;

    (iii) has been placed beyond the jurisdiction of the court;

    (iv)  has been substantially diminished in value; or

    (v)   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    (Title 21, United States Code, Sections 846 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v -

RUBEN MORA,

Defendant.

**INFORMATION**

07 Cr. ____ (SWK)

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(B),
846 and 853; Title 18, United States
Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

10/17/07 * Filed Waiver of Indictment + Information. Deft. pres. with attorney Ms. Cross, A.U.S.A. Mr. Camp pres. Deft. arraigned + plead Not Guilty. Time excluded on consent between today and.

-4-

Pitman
U.S.M.J.