UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RUBEN MORA,

        Defendant.

- - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

07 Cr. ____ (SWK)

**07 CRIM 967**

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841, and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            RUBEN MORA

                                            _____
                                            Peggy Cross, Esq.
                                            Attorney for Ruben Mora

                      Witness:   _____

Date:    New York, New York
         October 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 7 2007