```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :     WAIVER OF INDICTMENT
RUBEN MORA,                       :
                                  :     07 Cr. 967 (DLC)
             Defendant.           :
                                  :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841, and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
RUBEN MORA

_____
PEGGY CROSS, ESQ.
Attorney for Ruben Mora

Witness: _____

Date:   New York, New York
        February 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 8 2008