```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                           NOTICE OF APPEARANCE
         - v. -                   :
                                           S1 07 Cr. 967 (DLC)
RUBEN MORA,                       :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - - x
```

### NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY CHI T. STEVE KWOK ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned Assistant United States Attorney now will be representing the Government in the above-referenced matter, in the place of Assistant United States Marshall Camp, who up until now has handled the case.

Dated:   New York, New York
         June 25, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                        By:   /s/ Chi T. Steve Kwok
                              Chi T. Steve Kwok
                              Assistant United States Attorney
                              T: (212) 637-2415
                              F: (212) 637-2390

CERTIFICATE OF SERVICE

Chi T. Steve Kwok deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on June 25, 2008, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Chi T. Steve Kwok on Behalf of the United States by U.S. Mail on:

> Christopher Aaron Flood
> Federal Defenders of New York Inc. (NYC)
> 52 Duane Street
> 10th Floor
> New York, NY 10007
> (212)-417-8761
> Fax: (212)-571-0392

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

/s/ Chi T. Steve Kwok
Chi T. Steve Kwok

Executed on:   June 25, 2008
               New York, New York