# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



August 28, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**By Hand Delivery**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



**Re:  United States v. Ruben Mora**
     **07 Cr. 967 (DLC)**

Dear Judge Cote:

    I write on behalf of my client, Ruben Mora, to request a modification of his bail conditions to allow him to travel to College Station, Pennsylvania, to visit his children Ruby and Xavier from September 5 until September 8.  Mr. Mora is scheduled to be sentenced by the Court on September 26, 2008.

    If permitted to travel, Mr. Mora will take the bus from New York to College Station.  He will stay at with his children while he is there.  He would leave on Friday, September 5 and return on Monday morning, September 8.  He will comply with any travel related reporting requests of his pretrial services officer.

    I have spoken with Assistant United States Attorneys Steve Kwok and Randall Jackson with repect to this request and they have informed me that the government has no objection.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

Honorable Denise L. Cote  August 28, 2008
United States District Judge  Page 2

    Re: **United States v. Ruben Mora**
        **07 Cr. 967 (DLC)**

    If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order. Thank you for your consideration of this matter.

                            Respectfully submitted,

                            Peggy M. Cross
                          Assistant Federal Defender
                          Tel.: (212) 417-8732

**SO ORDERED:**

_____
**HONORABLE DENISE L. COTE**
United States District Judge

Sept. 3, 2008

cc: AUSA Steve Kwok (via facsimile)